Camille Fundora Rodriguez
crodriguez@bm.net
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604

[Additional Counsel]
*Attorneys for Plaintiff and the Proposed Collective*

CHERYL D. ORR
cheryl.orr@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California  94111
Telephone:     +1 415 591 7500
Facsimile:     +1 415 591 7510

[Additional Counsel]
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| **CINDY ABERNATHY, individually and on behalf of all persons similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MOLINA HEALTHCARE, INC.,**<br><br>**Defendant.** | **EXPEDITED STIPULATED MOTION FOR APPROVAL OF THE ADDENDUM TO THE SETTLEMENT AGREEMENT**<br><br>**Civil No.:  1:20-CV-00042-DBP**<br>**Mag. Judge Jared C. Bennett**<br>**Judge Dale A. Kimball** |

| [Additional Plaintiff's Counsel] | [Additional Defendant's Counsel] |
|---|---|
| Harold L. Lichten | JILL A. ZENDER (UBN 5654) |
| hlichten@llrlaw.com | jill.zender@faegredrinker.com |
| Sarah Schalman-Bergen | FAEGRE DRINKER BIDDLE & REATH LLP |
| ssb@llrlaw.com | 1144 15th Street, Suite 3400 |
| Krysten L. Connon | Denver, Colorado 80202 |
| kconnon@llrlaw.com | Telephone: +1 303 607 3500 |
| Anastasia Doherty | Facsimile: +1 303 607 3600 |
| adoherty@llrlaw.com | |
| LICHTEN & LISS-RIORDAN, P.C. | |
| 729 Boylston St., Suite 2000 | |
| Boston, MA 02116 | |
| Telephone: (617) 994-5800 | |
| Facsimile: (617) 994-5801 | |
| | |
| Elizabeth M. Peck | GREGORY P. ABRAMS |
| lisa@peck-law.com | gregory.abrams@faegredrinker.com |
| PECK-LAW, Employment & Civil Rights | FAEGRE DRINKER BIDDLE & REATH LLP |
| 111 N. Market St., Ste. 300 | 311 S. Wacker Drive, Suite 4300 |
| San Jose, California 95113 | Chicago, Illinois 60606 |
| 408-478-3555 | Telephone: +1 312 212 6500 |
| | Facsimile: +1 312 212 6501 |
| | |
| | KATRINA WALASIK FORSYTH |
| | katrina.forsyth@faegredrinker.com |
| | KRISTIN M. HALSING |
| | kristin.halsing@faegredrinker.com |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 1800 Century Park East, Suite 1500 |
| | Los Angeles, California 90067 |
| | Telephone: +1 310 203 4000 |
| | Facsimile: +1 310 229 1285 |

Plaintiff Cindy Abernathy ("Plaintiff") and Defendant Molina Healthcare, Inc. ("Molina" or "Defendant") (together, the "Parties"), by and through their respective counsel, jointly move the Court to approve the Addendum to the Settlement Agreement entered between the Parties and submitted in conjunction with this Stipulated Motion to the Court. In support of this Motion, the Parties state as follows:

1. On April 23, 2020, Plaintiff commenced a collective action alleging Defendant violated the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, based on the alleged misclassification of she and other allegedly similarly situated individuals as exempt from the FLSA's overtime requirements, thereby allegedly resulting in unpaid overtime compensation. (Dkt. No. 2.)

2. Defendant filed its Answer to Collective Action Complaint, denying Plaintiff's allegations of misclassification and unpaid overtime, denying that a collective action was appropriate, and asserting various affirmative and additional defenses. (Dkt. No. 27.)

3. After engaging in written discovery, the Parties participated in a mediation session on April 5, 2021 conducted by mediator Michael Dickstein, at which they reached an agreement in principle to settle this litigation.

4. The Parties finalized and executed the Settlement Agreement (Dkt. No. 45-1) memorializing the terms of their settlement and, on September 13, 2021, filed their Stipulated Motion for Approval of the Settlement Agreement and Collective Counsel's Request for their Attorneys' Fees and Cost and Memorandum of Law in Support ("Approval Motion"). (Dkt. No. 45.)

5. On September 14, 2021, the Court granted the Approval Motion approving the

Settlement Agreement and held that there was a *bona fide* legal dispute between the Parties and the Settlement Agreement was fair and reasonable. (Dkt. No. 47.)

6. On October 14, 2021, Defendant's counsel advised Collective Counsel that it had recently learned that in preparation to submit the data required as provided in the Settlement Agreement, Defendant discovered an additional twenty-nine (29) potential Settlement Collective members who were not previously identified and whose payroll and timekeeping records were not provided to Collective Counsel during the mediation process ("Additional Settlement Collective Members").

7. On October 29, 2021, Defendant provided Collective Counsel with the records for the Additional Settlement Collective Members to review and determine a fair and reasonable additional amount to propose to be added in the Total Settlement Amount. Collective Counsel reviewed the records and the Parties negotiated in good faith an additional amount to include in the settlement for the Additional Settlement Collective Members, pursuant to Paragraph 18 of the Settlement Agreement that permits modification or amendment of the Settlement Agreement.

8. Collective Counsel analyzed and evaluated the data for the Additional Settlement Collective Members, and based upon their analysis for those Additional Settlement Collective Members, are satisfied that the terms and conditions of this Addendum are fair, reasonable, and adequate and in the best interests of Plaintiff and the collective of individuals eligible to participate in this settlement.

9. The Parties drafted and executed an Addendum to the Settlement Agreement, attached as Exhibit 1 to this Motion.

10. The Parties agreed to an amended Total Settlement Amount of $1,833,000.00,

which includes all settlement payments to Plaintiff and the Settlement Collective (including the 29 Additional Settlement Collective Members), Collective Counsel's amended fees ($611,000.00) and costs ($14,387.98), Settlement Administration Costs, and the Incentive Payment to Plaintiff.

11. On November 17, 2021, Defendant fully funded the amended Total Settlement Amount ($1,833,000.00).

12. All other terms and provisions in the Settlement Agreement remain unchanged. The Parties will distribute the Settlement Awards pursuant to the timing and processes set forth in the Settlement Agreement and triggered by this Court's September 14, 2021 Final Approval Order and upon entry of the Amended Final Approval Order and Final Judgment.

For the reasons set forth above, the Parties respectfully request that the Court grant this Motion and enter the accompanying Proposed Order.

| | |
|---|---|
| Dated: November 22, 2021 | Respectfully submitted, |
| BERGER MONTAGUE PC | FAEGRE DRINKER BIDDLE & REATH LLP |
| /s/ Camille Fundora Rodriguez<br>Camille Fundora Rodriguez<br>**BERGER MONTAGUE PC**<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>crodriguez@bm.net | /s/ Cheryl D. Orr<br>CHERYL D. ORR<br>cheryl.orr@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, California 94111<br>Telephone: +1 415 591 7500<br>Facsimile: +1 415 591 7510 |
| Harold L. Lichten<br>Sarah Schalman-Bergen<br>Krysten L. Connon<br>Anastasia Doherty<br>**LICHTEN & LISS-RIORDAN, P.C.**<br>729 Boylston St., Suite 2000<br>Boston, MA 02116 | GREGORY P. ABRAMS<br>gregory.abrams@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>311 S. Wacker Drive, Suite 4300<br>Chicago, Illinois 60606 |

| | |
|---|---|
| Telephone: (617) 994-5800<br>Facsimile: (617) 994-5801<br>hlichten@llrlaw.com<br>ssb@llrlaw.com<br>kconnon@llrlaw.com<br>adoherty@llrlaw.com<br><br>Elizabeth M. Peck (USB 6304)<br>**PECK-LAW, Employment & Civil Rights**<br>111 N. Market St., Ste. 300<br>San Jose, California 95113<br>408-478-3555<br>lisa@peck-law.com<br><br>*Attorneys for Plaintiff and the Settlement Collective* | Telephone: +1 312 212 6500<br>Facsimile: +1 312 212 6501<br><br>JILL A. ZENDER (UBN 5654)<br>jill.zender@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>1144 15th Street, Suite 3400<br>Denver, Colorado 80202<br>Telephone: +1 303 607 3500<br>Facsimile: +1 303 607 3600<br><br>KATRINA WALASIK FORSYTH<br>katrina.forsyth@faegredrinker.com<br>KRISTIN M. HALSING<br>kristin.halsing@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>1800 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone: +1 310 203 4000<br>Facsimile: +1 310 229 1285<br><br>*Attorney for Defendant* |

4