UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| CINDY ABERNATHY, individually and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MOLINA HEALTHCARE, INC.,<br><br>    Defendant. | Civil No.: 1:20-CV-00042-DBP<br>Mag. Judge Jared C. Bennett<br><br>Judge Dale A. Kimball |

## AMENDED FINAL APPROVAL ORDER AND
## <u>FINAL JUDGMENT</u>

Pursuant to the Court's review of the Parties' Stipulated Motion for Approval of the Addendum to the Settlement Agreement, and all exhibits related thereto, and otherwise being fully informed on the premises, the Court hereby finds and orders as follows:[1]

1. This Court incorporates its Final Approval Order and Final Judgment dated September 14, 2021. (Dkt. No. 47.)

2. The Court approves the Parties' Addendum to the Settlement Agreement filed with the Court. (Dkt. No. 48-1.)

3. The Court finds that the Total Settlement Amount of $1,833,000.00 as set forth in the Addendum to the Settlement Agreement is a fair, reasonable, and adequate settlement of the claims, and the Addendum was reached pursuant to arm's-length negotiations between the Parties.

4. The Court approves Collective Counsel's request for fees in the amount of one-

---

[1] Unless otherwise specified, all capitalized terms have the meaning set forth in the Parties' Settlement Agreement and Addendum.

third of the Total Settlement Amount ($611,000.00), plus expenses in the amount of $14,387.98, for a payment of $625,387.98 total.

5. All other terms and provisions in the Settlement Agreement remain unchanged. The Parties will distribute the Settlement Awards pursuant to the timing and processes set forth in the Settlement Agreement and triggered by this Court's September 14, 2021 Final Approval Order and upon entry of the Amended Final Approval Order and Final Judgment.

6. The Parties are ordered to comply with the terms of the Settlement Agreement and Addendum.

7. The Court shall retain jurisdiction solely for the purpose of administering and enforcing the terms of the Settlement Agreement and Addendum and accepting the filing of opt-in consents from members of the Settlement Collective who participate in this settlement pursuant to the procedures set forth in the Settlement Agreement.

DATED this 22nd day of November, 2021.

_____
Dale A. Kimball
U.S. District Court Judge